```
                         United States Bankruptcy Court
                         Western District of Washington
```

In re:                                                              Case No. 12-15816-MLB
Stephanie Lynn Holte                                                Chapter 7
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0981-2           User: cynthiah            Page 1 of 2              Date Rcvd: Apr 11, 2013
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 954072937     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2013 04:08:53     Capital One Bank (USA), N.A.,
               PO Box 248839,   Oklahoma City, OK   73124-8839
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2013**                **Signature:**       _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2013 at the address(es) listed below:
          Brian J Hanis    on behalf of Debtor Stephanie Lynn Holte bhanis@hiplawfirm.com,
           sprothero@hiplawfirm.com
          Edmund J Wood    ewood1@aol.com,  ejw@trustesolutions.net
          Edmund J Wood    on behalf of Trustee Edmund J Wood ewood1@aol.com,  ejw@trustesolutions.net
          Jennifer L Aspaas    on behalf of Creditor   Bank of America, N.A. ecf@rcolegal.com
          Patti H Bass    on behalf of Special Request   Capital One, N.A. ecf@bass-associates.com
          Stephen A Bernheim    on behalf of Creditor   Hilton Resorts Corporation steve@stevebernheim.com,
           sherri@stevebernheim.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                                        TOTAL: 7

210B (12/09)

# United States Bankruptcy Court

Western District of Washington
Case No. 12-15816-MLB
Chapter 7

In re: Debtor(s) (including Name and Address)

Stephanie Lynn Holte
10709 SE 237th Street
Kent WA 98031

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2013.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Capital One Bank (USA), N.A., PO Box 248839, Oklahoma City, OK 73124-8839 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/13/13

Mark L. Hatcher
**CLERK OF THE COURT**